UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARY JANE OSAK,

       Plaintiff(s),                 Case No. 05-CV-74380

v.                                     Judge Lawrence P. Zatkoff

SHORELINE CRUISES, INC.        Mag. Judge Virginia M. Morgan
a foreign corporation, and
RICHARD PARIS,

       Defendant(s).
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

      THIS CAUSE came before the Court on the Parties' Stipulation for Dismissal Without Prejudice.  The Parties, in accordance with Fed. R. Civ. P. 41(a)(1), having stipulated to the dismissal of this case without prejudice, with each party to bear their own respective fees and costs, it is HEREBY ORDERED:

      1.       This action is **DISMISSED WITHOUT PREJUDICE;**

      2.       Each party to this action shall bear their own fees and costs incurred in this matter;

      3.       Plaintiff may, without prejudice, refile this matter in the United States District Court for the Northern District of New York.

DONE and ORDERED in Chambers this 21st day of February, 2006.

        s/Lawrence P. Zatkoff  
        LAWRENCE P. ZATKOFF  
        UNITED STATES DISTRICT JUDGE

Dated:  February 21, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 21, 2006.

        s/Marie E. Verlinde  
        Case Manager  
        (810) 984-3290